IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01618-RPM

BUCCANEER ENERGY (USA) INC.,

    Plaintiff,

v.

GUNNISON ENERGY CORPORATION;
SG INTERESTS, I, LTD., and
SG INTERESTS VII, LTD.,

    Defendants.

_____

ORDER FOR SECOND SCHEDULING CONFERENCE
_____

    Because of the disagreements in the proposed scheduling order submitted on June 19, 2013, it is now

    ORDERED that a second scheduling conference will be convened at a time to be set after determining the schedules of counsel.

    Dated: June 21st, 2013

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                     _____
                                   Richard P. Matsch, Senior District Judge