## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                January 31, 2014
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 12-cv-01618-RPM

BUCCANEER ENERGY (USA) INC., a Nevada corporation,           Ronald L. Wilcox
                                                             Stephen C. Peters
        Plaintiff,                                           William A Cohan

v.

GUNNISON ENERGY CORPORATION, a Delaware corporation,         Timothy R. Beyer
SG INTERESTS I, LTD, a Texas limited partnership, and        Sarah L Hartley
SG INTERESTS VII, LTD. a Texas limited partnership           Peter J. Korneffel, Jr.
                                                             L. Poe Leggette
        Defendants.                                          Mark S. Barron

_____

### COURTROOM MINUTES
_____

**Hearing on Motions for Summary Judgment**

**1:57 p.m.**        **Court in session.**

Court's preliminary remarks and states its understanding of the case facts and claims.

Mr. Wilcox states the Court is correct in its understanding of the plaintiff's case.

2:04 p.m.        Argument by Mr. Leggette.
2:26 p.m.        Argument by Mr. Beyer.
2:29 p.m.        Argument by Mr. Wilcox.

**Mr. Wilcox states plaintiff agrees that its Third and Fourth Claims for Relief can be withdrawn.**

2:54 p.m.        Rebuttal argument by Mr. Leggette.
2:59 p.m.        Rebuttal argument by Mr. Beyer.

                 Discussion regarding scheduling.

**ORDERED:**     **Defendant Gunnison Energy Corporation's Motion for Summary Judgment [49], is
                 denied.**
                 **SG Interests' Motion for Summary Judgment [50], is denied.**
                 **Plaintiff's Third and Fourth Claims for Relief are withdrawn.**

                 **Scheduling Conference set March 14, 2014 at 10:00 a.m.**
                 **Proposed scheduling order due March 6, 2014 by 4:00 p.m., in paper format
                 directly to chambers.**

**3:08 p.m.**        **Court in recess.**   Hearing concluded.  Total time: 1 hr. 11 min.