**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                     July 25, 2014
Courtroom Deputy:         J. Chris Smith
FTR Technician:           Kathy Terasaki

_____

Civil Action No. 12-cv-01618-RPM

| | |
|---|---|
| BUCCANEER ENERGY (USA) INC., a Nevada corporation, | Ronald L. Wilcox |
| | Stephen C. Peters |
| Plaintiff, | William A Cohan |
| v. | |
| GUNNISON ENERGY CORPORATION, a Delaware corporation, | Timothy R. Beyer |
| SG INTERESTS I, LTD, a Texas limited partnership, and | Peter J. Korneffel, Jr. |
| SG INTERESTS VII, LTD. a Texas limited partnership | Mark S. Barron |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motions to Compel**

**10:24 a.m.        Court in session.**

Court's preliminary remarks and states its understanding of the dispute with respect to the pending motion to compel.

In response to Court's inquiry, counsel state both state interstate and intrastate lines are unregulated with respect to rate regulations.

Argument by Mr. Wilcox.
Argument by Mr. Korneffel.

Statements by Mr. Wilcox regarding damages.

**Court instructs plaintiff to confer with its experts to narrow and clarify its discovery requests, then resubmit them to defendant.**

**ORDERED:    Plaintiff's Motion to Compel [68], is held in abeyance and counsel shall withdraw motion if issue is resolved**.

**10:50 a.m.        Court in recess.**   Hearing concluded.  Total time: 26 min.