IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01618-RPM

BUCCANEER ENERGY (USA) INC.,

    Plaintiff,
v.

GUNNISON ENERGY CORPORATION;
SG INTERESTS, I, LTD., and
SG INTERESTS VII, LTD.,

    Defendants.
_____

ORDER AMENDING SCHEDULING ORDER
_____

    Upon review of the Stipulated Motion to Amend Operative Scheduling Order [83] filed today, it is

    ORDERED that the Scheduling Order is amended as follows:

    (1) The deadline for Defendants to submit expert disclosures responsive to Buccaneer's expert disclosures is extended to December 23, 2014;

    (2) The deadline for Buccaneer to submit rebuttal reports in support of Buccaneer's expert disclosures is extended to January 16, 2015; and

    (3) The discovery cutoff deadline is extended to February, 13, 2015.

    Dated:   November 21st, 2014

                                       BY THE COURT:

                                       s/Richard P. Matsch

                                       _____
                                       Richard P. Matsch, Senior District Judge