IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01618-RPM

BUCCANEER ENERGY (USA) INC.,

    Plaintiff,

v.

GUNNISON ENERGY CORPORATION;
SG INTERESTS, I, LTD., and
SG INTERESTS VII, LTD.,

    Defendants.

_____

ORDER EXTENDING DISPOSITIVE MOTION DEADLINE AND VACATING PRETRIAL CONFERENCE
_____

    Upon consideration of the unopposed motion to extend the deadline, to and including March 16, 2015, for the parties to submit dispositive motions [87], it is

    ORDERED that the motion is granted.  It is

    FURTHER ORDERED that the April 8, 2015, pretrial conference is vacated, to be reset at a later date.

    Dated:   February 24th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge