IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01618-RPM

BUCCANEER ENERGY (USA) INC., a Nevada corporation,

Plaintiff,

v.

GUNNISON ENERGY CORPORATION, a Delaware corporation,
SG INTERESTS I, LTD., a Texas limited partnership, and
SG INTERESTS VII, LTD., a Texas limited partnership,

Defendants.

---

ORDER DEFERRING RULING ON NEW MOTIONS

---

The defendants' second motions for summary judgment have been fully briefed as of April 30, 2015. Oral argument will be heard on August 26, 2015. On July 2, 2015, the defendants filed a Joint Motion to Exclude the Rebuttal Opinions of Stephen A. Duree (Doc. 120) and a Joint Motion to Exclude the Opinions of William W. Koch (Doc. 121) and the defendant Gunnison Energy Corporation filed a Motion to Exclude the Opinions and Testimony of Letha Lencioni (doc. 122) and a Motion to Exclude Expert Report and Testimony of Michael J. Harris and Mark J. Dwyer (doc. 123).

These motions are not timely in relation to the pending summary judgment motions and the plaintiff is not required to respond to them before the oral argument. The subject of these motions will not be considered until after the oral argument on August 26, 2015.

Accordingly, it is

ORDERED that these motions will not be considered before oral argument on August 26, 2015.

Date:  July 7, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge