**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                August 26, 2015
Courtroom Deputy:    Emily Buchanan
FTR Technician:      Kathy Terasaki

---

Civil Action No. 12-cv-01618-RPM         Counsel:

BUCCANEER ENERGY (USA) INC., a           Ronald Wilcox
Nevada corporation,                      Stephen Peters
                                         Daniel Reilly
    Plaintiff,                          Larry Pozner

v.

GUNNISON ENERGY CORPORATION, a           Peter Korneffel
Delaware corporation,                    Sarah Hartley
SG INTERESTS, I, LTD., a Texas limited   Timothy Beyer
partnership, and                         L. Poe Leggette
SG INTERESTS VII, LTD., a Texas limited  Mark Barron
partnership,                             Alexander Obrecht

    Defendants.

---

## COURTROOM MINUTES

**MOTIONS HEARING**

**9:58 a.m.**   **Court in session.**

**ORDERED:** Defendant Gunnison Energy Corporation's Motion to Amend August 21 Order under 28 U.S.C. § 1292(b), and for a Stay (Doc. No. 132) is **DENIED**.

**ORDERED:** Defendants SG Interests I, Ltd. and SG Interests VII, Ltd.'s Motion for Authority to Seek Immediate Appeal of Non-Final Rulings (Doc. No. 133) is **DENIED**.

**ORDERED:** Defendants Gunnison Energy Corporation's and SG Interests' Joint Motion to Exclude the "Rebuttal" Opinions of Stephen A. Duree (Doc. No. 120) is **DENIED for purposes of summary judgment only**.

**ORDERED:** Defendants' Joint Motion to Exclude the Opinions of William W. Koch (Doc. No.

        121) is **DENIED for purposes of summary judgment only**.

**ORDERED:** Defendant Gunnison Energy Corporation's Motion in Limine to Exclude the Opinions and Testimony of Letha Lencioni (Doc. No. 122) is **DENIED for purposes of summary judgment only**.

**ORDERED:** Defendant Gunnison Energy Corporation's Motion to Exclude Expert Report and Testimony of Michael J. Harris, Ph.D. and Mark J. Dwyer, Ph.D. (Doc. No. 123) is **DENIED for purposes of summary judgment only**.

| | |
|---|---|
| 10:05 a.m. | Mr. Wilcox responds and answers Court's questions. |
| 10:23 a.m. | Mr. Korneffel presents argument and answers Court's questions. |
| 10:48 a.m. | Mr. Leggette presents argument and answers Court's questions. |
| 10:59 a.m. | Mr. Wilcox responds and answers Court's questions. |
| 11:11 a.m. | Reply by Mr. Korneffel. |
| 11:14 a.m. | Reply by Mr. Leggette. |

**ORDERED:** Defendant Gunnison Energy Corporation's Motion for Summary Judgment (Doc. No. 89) is **TAKEN UNDER ADVISEMENT**.

**ORDERED:** Defendant SG Interests' Motion for Summary Judgment (Doc. No. 94) is **TAKEN UNDER ADVISEMENT**.

**11:15 a.m.**      **Court in recess.**

**Hearing concluded.  Total time:   1 hour and 17 minutes.**