IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01618-RPM

BUCCANEER ENERGY (USA) INC.,

    Plaintiff,

v.

GUNNISON ENERGY CORPORATION;
SG INTERESTS, I, LTD., and
SG INTERESTS VII, LTD.,

    Defendants.

_____

## JUDGMENT
_____

Pursuant to the Order Granting Defendants' Motions for Summary Judgment entered by Senior Judge Richard P. Matsch on September 25, 2015, it is

ORDERED AND ADJUDGED that all of plaintiff's claims and this civil action are dismissed. Defendants are awarded costs upon the filing of a bill of costs within 14 days.

DATED: September 25, 2015

        FOR THE COURT:

        JEFFREY P. COLWELL, Clerk

           s/M. V. Wentz

        By_____
                Deputy