

| | | | | |
|---|---|---|---|---|
| **Bill To:** | | | **Requested By:** | |
| Baker & Hostetler | | | Seth Lasko | |
| Attn: Poe Leggette | | | Baker Hostetler | |
| 45 Rockefelller Plaza | | | 45 Rockefeller Plaza | |
| New York, NY 10111 | | | New York, NY 10111 | |
| USA | | | USA | |

| | | | | |
|---|---|---|---|---|
| **Invoice #:** | 070172 | | **Sales Contact:** | Brent Stevens (BStevens@transperfect.com) |
| **Invoice Date:** | 09/30/2014 | | | |
| **Invoice Due:** | 10/30/2014 | | **Payment Terms:** | Net 30 |
| **Contract #:** | **DM0071629** | | **Purchase Order #:** | 055289.000002 |
| **Case Name:** | SG Interests | | **Matter #:** | 055289.000002 |

**Requested Date:**
**Project Notes:**
    **Sep 2014 Hosting**

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---:|---|---:|---:|
| 2014 September | | | | |
|   Monthly Storage Fees | 8.00 | GB | 20.00 | 160.00 |
|   Monthly User Access Fee | 4.00 | Each | 100.00 | 400.00 |
|   Project Management | 4.50 | Hours | 175.00 | 787.50 |
|   Technical Labor | 0.75 | Hour | 175.00 | 131.25 |
| 2014 September - ESI Processing | | | | |
|   Deduplication & Culling | 8.38 | GB | 50.00 | 419.00 |
|   Processing for Native Review | 3.90 | GB | 200.00 | 780.00 |
| 2014 September - ESI Imaging | | | | |
|   Technical Labor | 1.00 | Hour | 175.00 | 175.00 |
| SG Interests - Production SGBUC | | | | |
|   Project Management | 2.50 | Hours | 175.00 | 437.50 |
| | | | **Total to Bill this Contract:** | US$ 3,290.25 |
| | | | **Tax Amount:** | US$292.04 |
| | | | **Total Amount Due:** | US$ 3,582.29 |

| **PAYMENT INSTRUCTIONS** | |
|---|---|
| Please remit payment to: | Wire Transfer Details: |
| TransPerfect Document Management, Inc. | Signature NY |
| Attn.: Accounts Receivable | A/C #: 1500646914 |
| Three Park Avenue, 39th Floor | ABA Routing #: 026013576 |
| New York, NY 10016 | SWIFT CODE: SIGNUS33 |
| 212.689.5555 | |
| Tax ID # : 80-0092152 | |
| **Please reference the Contract #  DM0071629 and Invoice # 070172 with your remittance.** | |
| Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due. | |



**Bill To:**

Baker Hostetler
Attn: Seth Lasko
45 Rockefeller Plaza
New York, NY 10111
USA

**Requested By:**

Seth Lasko
Baker Hostetler
45 Rockefeller Plaza
New York, NY 10111
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 071623 | **Sales Contact:** | Brent Stevens (BStevens@transperfect.com) |
| **Invoice Date:** | 10/31/2014 | | |
| **Invoice Due:** | 11/30/2014 | **Payment Terms:** | Net 30 |
| **Contract #:** | **DM0072475** | **Purchase Order #:** | 055289.000002 |
| **Case Name:** | SG Interests | **Matter #:** | 055289.000002 |

**Requested Date:**
**Project Notes:**
    October 2014 Hosting

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---:|---|---:|---:|
| 2014 October | | | | |
|   Consulting | 20.50 | Hours | 175.00 | 3,587.50 |
|   Monthly Storage Fees | 133.00 | GB | 20.00 | 2,660.00 |
|   Monthly User Access Fee | 4.00 | Each | 100.00 | 400.00 |
|   Project Management | 37.00 | Hours | 175.00 | 6,475.00 |
|   Technical Labor | 4.75 | Hours | 175.00 | 831.25 |
| 2014 October - ESI | | | | |
|   Processing for Native Review | 1.06 | GB | 200.00 | 212.00 |
| 2014 October - GLS - OCR | | | | |
|   Technical Labor | 0.50 | Hour | 175.00 | 87.50 |
| | | **Total to Bill this Contract:** | | US$ 14,253.25 |
| | | **Tax Amount:** | | US$ 1,265.01 |
| | | **Total Amount Due:** | | US$ 15,518.26 |

**PAYMENT INSTRUCTIONS**

Please remit payment to:
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016
212.689.5555
Tax ID # : 80-0092152

Wire Transfer Details:
Signature NY
A/C #: 1500646914
ABA Routing #: 026013576
SWIFT CODE: SIGNUS33

**Please reference the Contract # DM0072475 and Invoice # 071623 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.



**Bill To:**

Baker Hostetler
Attn: Seth Lasko
45 Rockefeller Plaza
New York, NY 10111
USA

**Requested By:**

Seth Lasko
Baker Hostetler
45 Rockefeller Plaza
New York, NY 10111
USA

| | |
|---|---|
| **Invoice #:** | 072961 |
| **Invoice Date:** | 11/30/2014 |
| **Invoice Due:** | 12/30/2014 |
| **Contract #:** | **DM0073780** |
| **Case Name:** | SG Interests |

| | |
|---|---|
| **Sales Contact:** | Brent Stevens (BStevens@transperfect.com) |
| **Payment Terms:** | Net 30 |
| **Purchase Order #:** | 055289.000002 |
| **Matter #:** | 055289.000002 |

**Requested Date:**
**Project Notes:**

      **November 2014 Hosting**

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---:|---|---:|---:|
| 2014 November | | | | |
|   Monthly Storage Fees | 134.00 | GB | 20.00 | 2,680.00 |
|   Monthly User Access Fee | 4.00 | Each | 100.00 | 400.00 |
|   Project Management | 3.25 | Hours | 175.00 | 568.75 |
|   Technical Labor | 1.75 | Hours | 175.00 | 306.25 |
| 2014 November - ESI | | | | |
|   Technical Labor | 2.00 | Hours | 175.00 | 350.00 |
| SG Interests - Production SGBUC | | | | |
|   Project Management | 2.00 | Hours | 175.00 | 350.00 |
| 2014 November - LDD | | | | |
|   Technical Labor | 1.00 | Hour | 175.00 | 175.00 |

| | |
|---|---:|
| **Total to Bill this Contract:** | US$ 4,830.00 |
| **Tax Amount:** | US$428.69 |
| **Total Amount Due:** | US$ 5,258.69 |

**PAYMENT INSTRUCTIONS**

| | |
|---|---|
| Please remit payment to: | Wire Transfer Details: |
| TransPerfect Document Management, Inc. | Signature NY |
| Attn.: Accounts Receivable | A/C #: 1500646914 |
| Three Park Avenue, 39th Floor | ABA Routing #: 026013576 |
| New York, NY 10016 | SWIFT CODE: SIGNUS33 |
| 212.689.5555 | |
| Tax ID # : 80-0092152 | |

**Please reference the Contract #  DM0073780 and Invoice # 072961 with your remittance.**

Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.